# EXHIBIT A

Person Filing: _Ebone Leroy East_

Address (if not protected): _875 S. Estrella Parkway #6172_

City, State, Zip Code: _Goodyear, AZ. 85338_

Telephone: _(602) 692-5971_

Email Address: _ebonecast@gmail.com_

Lawyer's Bar Number: _In Pro se_

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☒ Petitioner  OR  ☐ Respondent

COPY

MAR 1 2022

CLERK OF THE SUPERIOR COURT
L. FARR
DEPUTY CLERK

(COURT SEAL)

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ebone Leroy East_
Name of Plaintiff

Case Number: CV2022-002482

Title:  **CIVIL COMPLAINT**
_Intentional Tort /_
_Racial Discrimination_

_PNC Bank National Association_
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☒ The Plaintiff resides in Maricopa County.

   ☒ The Defendant resides in Maricopa County.

   ☒ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☒ Other reason: _NON-WARRANTLESS ARREST FOR U.S. CITIZEN_
   _ENFORCEMENT, PLEASE SEE ATTACHMENT_

Case Number: _____

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is _EBONE LEROY EAST_

4.  The Defendant in this case is _PNC BANK NATIONAL ASSOCIATION_

## STATEMENT OF FACTS AND BREACH

5. _1. THE DEFENDANT(S) PNC BANK NATIONAL ASSOCIATION INTENTIONAL MISREPRESENTATION OF THE BANKS POLICY AND 2. THE DEFENDANT_

6. _NEGLIGENCE OF DENYING PLAINTIFF EBONE LEROY EAST SERVICE TO DEPOSIT 3. THE DEFENDANT(S) "PNC" BREACH, THE DUTY_

7. _OF CARE 4. THE DEFENDANT(S) "PNC" ACTIONS, INFLICTED LOSS AND HARM TO THE PLAINTIFF BY DENYING HIM SERVICE_

8. _FROM THE DEFENDANT(S) "PNC" RACIAL DISCRIMINATION AND 5. THE DEFENDANT(S) INTENTIONAL NEGLIGENCE, AND MISREPRESEN_

9. _ATION OF MATERIAL FACT INFORMATION, TRIGGERS LEGAL LIABILITY FOR THE DEFENDANT(S) AS THE WRONGDOER._

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

10. STATEMENT OF FACTS CONTINUES, PLEASE SEE ATTACHMENTS.
(Ed. supra.) Below ✓

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS



( 26 ) THE PRIMARY ISSUE of LAW AND FACT CONCERN A "BUSINESS CONTRACT OR TRANSACTION" PURSUANT TO ARIZ. R. CIV. P. 8.1

( 27 ) ARIZONA NEGLIGENCE LAWS... A.R.S Secs. 12-2505 DEFINITION of Comparative Negligence,

( 28 ) RIGHT TO CONTRIBUTION...ARS Sections, 12-2501 ARTICLE 2 SECTION 36 (D) REMEDIES...

( 29 ) FDIC INSURED, AN FDIC INSURED ACCOUNT IS A BANK ACCOUNT AT AN INSTITUTION WHERE DEPOSITS ARE FEDERALLY

( 30 ) PROTECTED AGAINST BANK "FAILURE" OR THEFT. THE MAXIMUM INSURABLE AMOUNT IS CURRENTLY $

( 31 ) 250,000. PER DEPOSITOR —
✓

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 32 ) BANKS FAILURE TO DEPOSIT, BASED ON RACE AND COLOR PLAINTIFFS BANK DEPOSITS ARE FEDERALLY PROTECTED AGAINST

( 33 ) *BANK FAILURE, THE MAXIMUM INSURANCE AMOUNT IS CURRENTLY*
*250,000.00 PER DEPOSITOR, DEFENDANTS DENIED PLAINTIFF*

( 34 ) *SERVICE TWICE, AND DEFENDANT(S) BANK FAILURE, CAUSED*
*HARM TO THE PLAINTIFF, BY DEFENDANT(S), MISREPRESENTATION*

( 35 ) *OF A MATERIAL FACT, THAT CAUSES, LIABILITIES, OF THE*
*DEFENDANT(S) KNOWINGLY BREAKING THEIR OWN, BANKING POLICIES*

( 36 ) *ULTIMATELY DISCRIMINATING AGAINST THE PLAINTIFF DUE TO*
*HIS RACE, AND DUE TO HIS COLOR OF BONE BLACK.*

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 37 ) *MAXIMUM INSURANCE AMOUNT of 250,000.00 FOR EACH*
*TIME THE DEFENDANT(S) DENIED PLAINTIFF HIS RIGHT TO*

( 38 ) *DEPOSIT PURSUANT TO THE DEFENDANT(S) BANKING POLICIES,*
*AND $50,000.00 PUNITIVE DAMAGES, to teach THE DEFENDANT(S)*

( 39 ) *A LESSION. PLAINTIFF DEMAND FOR RELIEF FOR THE*
*MAXIMUM TENDER AMOUNT PURSUANT TO DEFENDANTS INSURANCE*

( 40 ) *POLICY. PLAINTIFF ALSO DEMAND A TRIAL BY JURY.*
*Id. Supra.*

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this _____ 2/26/2022
(Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

# EXHIBIT B

Gregory J Marshall  (#019886)
Paloma Diaz (#035672)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
gmarshall@swlaw.com
pdiaz@swlaw.com

*Attorneys for Defendant PNC Bank National Association*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

FOR THE COUNTY OF MARICOPA

| EBONE LEROY EAST, | Case No. CV2022-002482 |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| PNC BANK NATIONAL ASSOCIATION, | |
| Defendant. | |

        Defendant PNC Bank National Association ("PNC") provides notice of removal of this action from the Superior Court of the State of Arizona, in and for the County of Maricopa, to the United States District Court, District of Arizona.  A copy of the Notice of Removal filed with the United States District Court for the District of Arizona is attached as **Exhibit 1**.  Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further with this action.

1    DATED this 6th day of April, 2022.

2                                                    SNELL & WILMER L.L.P.

3

4                                            By: /s/ Paloma Diaz

5                                                Gregory J Marshall
                                                 Paloma Diaz
6                                                One Arizona Center
                                                 400 E. Van Buren, Suite 1900
7                                                Phoenix, Arizona  85004-2202

8                                                *Attorneys for Defendant PNC Bank
                                                 National Association*

9

10   **ORIGINAL** of the foregoing electronically
     filed via AZTurboCourt this 6th day of
11   April, 2022, and

     **COPY** of the foregoing served via U.S. Mail
12   and email this 6th day of April, 2022, to:

13   Ebone Leroy East, Pro Se
     875 S. Estrella Parkway #6472
14   Goodyear, AZ 85338
     eboneeast@gmail.com
15

16

17   /s/ Martin Lucero

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

Person Filing: _Ebone Leroy East_
Address (if not protected): _075 S. Vermont Parkway #6472_
City, State, Zip Code: _Goodyear, AZ. 06330_
Telephone: _(602) 692-5971_
Email Address: _ebonecast@gmail.com_
Lawyer's Bar Number: _In Pro Se_

Representing [X] Self, without a Lawyer or [ ] Attorney for [X] Plaintiff OR [ ] Defendant

RECEIVED
MAR 07 2022
LEGAL DEPARTMENT
PITTSBURGH,

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ebone Leroy East_
Name of Plaintiff

And

_PNC Bank National Association_
Name of Defendant

Case No.: CV2022-002482

## SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully.
> If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: _PNC Bank National Association_
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   ○ Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   ○ Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   ○ Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   ○ Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date _____

CLERK OF SUPERIOR COURT

COPY

By_____

**Deputy Clerk**

MAR 1 2022

CLERK OF THE SUPERIOR COURT
L. FARR
DEPUTY CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f  031820

In the Superior Court of the State of Arizona

In and For the County of _Maricopa_

Case Number _CV2022-002482_

CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney _In Pro Se_

Attorney Bar Number _In Pro Se_

Is Interpreter Needed?  ☐ Yes  ☒ No

If yes, what language(s):

COPY

MAR 1 2022

*COURT SEAL*

CLERK OF THE SUPERIOR COURT
L. FARR
DEPUTY CLERK

Plaintiff's Name(s): (List all)        Plaintiff's Address:    Phone #:    Email Address: _ebonecast@gmail.co_

_Ebony Leroy Fast_                     _825 S. Estrella Parkway #6472_

                                        _Goodyear, AZ. 85338_

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

_PNC Bank National Association_

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $ _300,000.00_    ☐ Tier 1    ☐ Tier 2    ☒ Tier 3

### NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☒ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*

©Superior Court of Arizona in Maricopa County          Page 1 of 3          CV10f071221
ALL RIGHTS RESERVED

- [ ] 115 Malpractice – Other professional*
- [ ] 117 Premises Liability*
- [ ] 118 Slander/Libel/Defamation*
- [ ] 116 Other (Specify) _____ *

## 120 MEDICAL MALPRACTICE:

- [ ] 121 Physician M.D.*
- [ ] 122 Physician D.O*
- [ ] 123 Hospital*
- [ ] 124 Other*

## 130 & 197 CONTRACTS:

- [ ] 131 Account (Open or Stated)*
- [ ] 132 Promissory Note*
- [ ] 133 Foreclosure*
- [ ] 138 Buyer-Plaintiff*
- [ ] 139 Fraud*
- [ ] 134 Other Contract (e.g., Breach of Contract)*
- [ ] 135 Excess Proceeds-Sale*
- [ ] Construction Defects (Residential/Commercial)*
  - [ ] 136 Six to Nineteen Structures*
  - [ ] 137 Twenty or More Structures*
- [ ] 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

- [ ] 156 Eminent Domain/Condemnation*
- [ ] 151 Eviction Actions (Forcible and Special Detainers)*
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment
- [ ] 158 Quiet Title*
- [ ] 160 Forfeiture*
- [ ] 175 Election Challenge
- [ ] 179 NCC-Employer Sanction Action (A.R.S. §23-212)*

- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)*
- [ ] 187 Real Property *
- [ ] 145 Special Action against Lower Courts (See lower court appeal cover sheet in Maricopa)
- [ ] 194 Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)
- [ ] 199 Expungement

## 144 & 150-199 UNCLASSIFIED CIVIL:

- [ ] 144 Administrative Review (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other*
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)*
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain– Light Rail Only*
- [ ] 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 195(b) Amendment of Birth Certificate

☐ 183 Employment Dispute – Discrimination*

☐ 163 Other* _____

☐ 185 Employment Dispute – Other*

(Specify)

☐ 198 Verified Rule 27(a) Petition*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License
(Maricopa County Filings Only)

## EMERGENCY ORDER SOUGHT

☒ Temporary Restraining Order  ☐ Provisional Remedy  ☐ OSC  ☐ Election Challenge
☐ Employer Sanction  ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☒ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:
https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

Person Filing: _Ebony Leroy East_
Address (if not protected): _875 S. Estrella Parkway #6472_
City, State, Zip Code: _Goodyear, Az. 85338_
Telephone: _(602) 692-5971_
Email Address: _ebonyeast@gmail.com_
Lawyer's Bar Number: _In Pro se_

FOR CLERK'S USE ONLY

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ebony Leroy East_
_____

PLAINTIFF,

VS.

_PNC Bank National Association_

_____

DEFENDANT.

Case Number: CV2022-002482

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____
_____
_____

SUBMITTED this_____day of_____, 20_____.

SIGNATURE _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 1                    CV03f 120319

Person Filing: _Ebone Leroy East_

Address (if not protected): _875 S. Cotton Parkway #6472_

City, State, Zip Code: _Goodyear, AZ. 85338_

Telephone: _(602) 692-5871_

Email Address: _ebonecast@gmail.com_

Lawyer's Bar Number: _In Pro se_

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☒ Petitioner  OR  ☐ Respondent

COPY

MAR 1 2022

COURT SEAL

CLERK OF THE SUPERIOR COURT
L. FARR
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ebone Leroy East_
Name of Plaintiff

_PNC Bank National Association_
Name of Defendant

Case Number: CV2022-002482

Title:  **CIVIL COMPLAINT**
_Intentional Tort /_
_Racial Discrimination_

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.   Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

☒ The value of this case exceeds $10,000 dollars.

☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

☒ The Plaintiff resides in Maricopa County.

☒ The Defendant resides in Maricopa County.

☒ The Defendant does business in Maricopa County.

☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

☒ Other reason: _NON-WARRANTLESS ARREST FOR U.S. CITIZEN_
_ENFORCEMENT, PLEASE SEE ATTACHMENT_

Case Number: _____

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is _EBONE LEROY EAST_

4.  The Defendant in this case is _PNC BANK NATIONAL ASSOCIATION_

## STATEMENT OF FACTS AND BREACH

5.  1. THE DEFENDANT(S) PNC BANK NATIONAL ASSOCIATION INTENTIONAL MISREPRESENTATION OF THE BANKS POLICY AND 2. THE DEFENDANT

6.  NEGLIGENCE OF DENYING PLAINTIFF EBONE LEROY EAST SERVICE TO DEPOSIT 3. THE DEFENDANT(S) "PNC" BREACH, THE DUTY

7.  OF CARE 4. THE DEFENDANT(S) "PNC" ACTIONS, INFLICTED LOSS AND HARM TO THE PLAINTIFF BY DENYING HIM SERVICE

8.  FROM THE DEFENDANT(S) "PNC" RACIAL DISCRIMINATION AND 5. THE DEFENDANT(S) INTENTIONAL NEGLIGENCE, AND MISREPRESEN

9.  ATION OF MATERIAL FACT INFORMATION, TRIGGERS LEGAL LIABILITY FOR THE DEFENDANT(S) AS THE WRONGDOER.

10. STATEMENT OF FACTS CONTINUES, PLEASE SEE ATTACHMENTS.
(Fd. supra.) Below ↓

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 26 ) THE PRIMARY ISSUES OF LAW AND FACT CONCERN A BUSINESS
CONTRACT OR TRANSACTION" PURSUANT TO ARIZ. R. CIV. P. 8.1

( 27 ) ARIZONA NEGLIGENCE LAWS... A.R.S Secs. 12-2505
DEFINITION OF Comparative Negligence,

( 28 ) RIGHT TO CONTRIBUTION...ARS Sections, 12-2501
ARTICLE 2 SECTION 36 (C) REMEDIES...

( 29 ) FDIC INSURED, AN FDIC INSURED ACCOUNT IS A BANK
ACCOUNT AT AN ISTITUTION WHERE DEPOSITS ARE FEDERALLY

( 30 ) PROTECTED AGAINST BANK "FAILURE" OR THEFT.
THE MAXIMUM INSURABLE AMOUNT IS CURRENTLY $

( 31 ) 250,000. PER DEPOSITOR —
↓

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 32 ) BANKS FAILURE TO DEPOSIT, BASED ON RACE AND COLOR
PLAINTIFFS BANK DEPOSITS ARE FEDERALLY PROTECTED AGAINST

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

( 33 ) BANK FAILURE, THE MAXIMUM INSURANCE AMOUNT IS CURRENTLY 250,000.00 PER DEPOSITOR, DEFENDANT(S) DENIED PLAINTIFF

( 34 ) SERVICE TWICE, AND DEFENDANT(S) BANK FAILURE, CAUSED HARM TO THE PLAINTIFF, BY DEFENDANT(S), MISREPRESENTATION

( 35 ) OF A MATERIAL FACT, THAT CAUSES, LIABILITIES, OF THE DEFENDANT(S) KNOWINGLY BREAKING THEIR OWN, BANKING POLICIES

( 36 ) ULTIMATELY DISCRIMINATING AGAINST THE PLAINTIFF DUE TO HIS RACE, AND DUE TO HIS COLOR OF BONE BLACK.

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)


## DEMAND FOR RELIEF


**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 37 ) MAXIMUM INSURANCE AMOUNT OF 250,000.00 FOR EACH TIME THE DEFENDANT(S) DENIED PLAINTIFF HIS RIGHT TO

( 38 ) DEPOSIT PURSUANT TO THE DEFENDANT(S) BANKING POLICIES, AND $50,000.00 PUNITIVE DAMAGES, TO TEACH THE DEFENDANT(S)

( 39 ) A LESSON. PLAINTIFF DEMAND FOR RELIEF FOR THE MAXIMUM TENDER AMOUNT PURSUANT TO DEFENDANTS INSURANCE

( 40 ) POLICY. PLAINTIFF ALSO DEMAND A TRIAL BY JURY.
Id. Supra.

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)


Dated this _____ 2/26/2022
                *(Date of signature)*

_____
*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f  070118

Person Filing: _Ebony Leroy East_
Address (if not protected): _875 S. Estrella Parkway #6472_
City, State, Zip Code: _Goodyear, Az. 85338_
Telephone: _(602) 692-5971_
Email Address: _eboneeast@gmail.com_
Lawyer's Bar Number: _In Pro Se_

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☒ Plaintiff  OR  ☐ Defendant

COPY

MAR 1 2022

CLERK OF THE SUPERIOR COURT
L. FARR
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_Ebony Leroy East_
Name of Plaintiff

_PNC Bank National Association_
Name of Defendant

Case Number: CV2022-002482

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, _Ebony Leroy East_, demands a trial by jury in this case. If this
_(Name of Plaintiff)_

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this _Feb. 26, 2022_
_(Date of signature)_

_East, Ebony Leroy_
_(Signature of Plaintiff or Plaintiff's Attorney)_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED          Page 1 of 1          CVC11f 050718

NAME: EBONE LEROY EAST
ADDRESS: 875 S. ESTRELLA PARKWAY #6472
CITY & STATE: GOODYEAR, AZ. 85338
ZIP: 85338
PHONE: (602) 692-5971



COPY

MAR 1 2022

CLERK OF THE SUPERIOR COURT
L. FARR
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

EBONE LEROY EAST

PLAINTIFF,

vs.

PNC BANK NATIONAL
ASSOCIATION

DEFENDANT.

CV2022-002482

CASE NO.: _____

TITLE: STATEMENT OF
FACTS AND BREACH
ATTACHMENT(S)
CONTINUES...

EBONE LEROY EAST

875 s. Estrella Parkway UNIT 6472

Goodyear, AZ. 85338

IN PRO SE.

https://www.eboneeast.com

eboneeast@gmail.com

For Plaintiff, id supra.

IN THE SUPERIOR COURT OF STATE OF ARIZONA, IN AND FOR THE COUNTY OF MARICOPA

Honorable:

Case No: _CV 2022 - 002482_

EBONE LEROY EAST,

Plaintiff,

v.

PNC BANK NATIONAL ASSOCIATION

Defendants.

**CIVIL COMPLAINT AND AFFIDAVIT OF PLAINTIFF**

**EBONE LEROY EAST**

STATEMENT OF FACTS
AND BREACH - ATTACHMENT
CONTINUES...

//1) On or about December 16th, 2021 Plaintiff was denied service from the Defendants based on his race. Defendants deposit loose coins unwrapped for other customers, who were of Mexican or Spanish origin, but denied the same service to the Plaintiff who is an African American Black male;

//2) Plaintiff continues to be harassed by The Defendants and all who work at this local branch 8911 w. Thomas Rd. Phoenix, Az. 85037, in support of them sticking together no matter Defendants wrongs, the Defendants in their official Capacity all agreed with them denying Plaintiff service, even if it went against Bank Policy, Defendants evil intent was to still deny Plaintiff this service even if The Defendants actions violated their own policy;

//3) Deposit holders are the banks' creditors, even if they don't really want to lend the bank their money and only care for their deposits' safety and liquidity. ... Someone who merely uses their account for payment transactions can not be placed in the same category as the bank's shareholders and bond owner

Fair and responsible banking risk assessments – by which financial institutions identify, measure, control, and monitor their lending and, more recently, servicing activities to prevent discriminatory, unfair, deceptive, abusive, and predatory acts and practices – have long been part of the compliance function within Defendants banking institutions;

//4) Defendants do have The right to refuse service, the means that public accommodations, such as restaurants, theaters, banks, gyms, and stores, can lawfully deny service to a customer if they feel that their business might suffer from engaging in such a transaction—as long as they don't base that decision on the categories above. Bankers, or Banking Advisors, are bank employees who interact with clients on a daily basis. ... Their main duties include assisting clients with services such as creating savings and chequing accounts, providing them with loans, and moving money;

//5) The Defendants are guilty of misconduct and are operating under unethical practices, that deal with Money Laundering illegal immigrants money and being discriminatory against African American Customers and Denying service to homeless customers, ultimately to freeze their funds and then steal their money;

Defendants have been unfair and misleading, discriminated against Plaintiff Pursuant to not honoring The Defendants own policy, which also violates, federal civil rights and consumer protection law and regulation, against racial discrimination;

//6) Case law against banks have established that banks owe a limited duty of care to customers. However these duties are fairly light, for example against deliberate mis-selling or providing misleading information, and if providing advice, ensuring that such advice is full and accurate. A bank

is bound by the act of negligence of its staff during the course of employment. Thus where the bank cashier fails to account for the money deposited with him at the counter, the bank would be liable.

17) "A banker who has in good faith and without negligence received payment for a customer of a cheque crossed generally or especially to him shall not, in case the title to the cheque proves defective, incur any liability to the true owner of the cheque by reason only of having received such payment."

18) Under the FDCPA, banks may not use, among other things, harassing techniques, or inaccurate information, Under the FCRA, Plaintiff may sue The Defendants for refusing to remove false information,  the bank has placed on bank note reports in regards to the Plaintiff;

If a bank is in breach of its contractual obligations, the customer may have a contractual claim against the bank. delictual claim against the bank, if the five elements of a delict are present. delictual liability of a bank can be based on the breach of a duty of care:

19) The Defendants intentional  misrepresentation of the banks policy and 2) The Defendants negligent of denying Plaintiff service to deposit 3) The Defendants breach the duty of care 4) the Defendants actions, inflicted loss and harm to the Plaintiff by denying him service from the Defendants Racial Discrimination and 5) The Defendant intentional negligence, triggers legal liability for the Defendants as the wrongdoer;

20) The basic elements of delict are conduct, wrongfulness, fault, causation and damage. As a starting point, it is essential to realize that all five elements mentioned above must be present before a person can be set to be delictual liable. Delictual fault refers to a legal obligation arising between people independent of any contractual or other legal relationship between them. Delictual fault arises when one person commits a tort against another person:

The existence of a contract;

Performance by the plaintiff or some justification for nonperformance by Defendants;

Failure to perform the contract by the defendant; and,

Resulting damages to the plaintiff.

21) The Defendants wrongful act causing damage to someone's personality, family or property: By Plaintiff being stopped from paying his bills, that provide security  for his family, based on a misrepresentation of material fact information,  Actions of bad faith in the actions of the Defendants

violating their own banking policy. A tort can be defined as a wrong that interferes with a person's legally protected interests , whereas, a delict can be defined as a wrongful act causing damage to someone's personality, family or property:


The Defendants Made a Representation.

The Representation was False and Directly Affects the Contract Agreement and Plaintiffs Decision to Enter into It.

The Representation, When Made, was False.

The Defendants used Fraudulent Misrepresentations.

That was Negligent Misrepresentations, that discriminatory harmed the Plaintiff;

22) The Defendants did not act in:  innocent misrepresentation. The Defendants knew,  what they said to the Plaintiff was false: When the Defendants relied on their Company policy,  telling the Plaintiff that he the Plaintiff could only deposit coins if the coins were coin wrapped,  Plaintiff  coins that he wanted to deposit was under $10.00, Pursuant to Bank policy...and Defendants still denied Plaintiff this service Pursuant to Bank Policy.  When Plaintiff asked to receive a copy of such policy,  The Defendants told the Plaintiff,  that this action by them was in acted by a confidential policy of the bank.....so Plaintiff went to another PNC down the street which provided Plaintiff with the Defendants Policy.  See: Banks Policy Attached:


A representation was in fact made by the Defendants;

That particular representation was false,  that the bank did not allow coin deposits un wrapped under $10;

The defendants had knowledge that the representation was false, when they told Plaintiff that them denying him coin deposits was based on a confidential banking policy;

The statement by the Defendants was made with the intention that the Plaintiff rely on it and enter into a contract or agreement; to be denied this service clearly provided by the bank.


23) Plaintiff states sufficient grounds for relief , and Defendants are liable for damages to the Plaintiff.



24) This complaint and affidavit set forth sufficient grounds therefor. Plaintiff has verified by the oath of the plaintiff that he has read the complaint, or heard the complaint read, knows the contents thereof, and that it is true of his own knowledge, except the matters stated therein on information and belief, and that as to those matters, he believes the complaint to be true;

26 I, EBONE LEROY EAST,  Declare under penalty and perjury, under such laws of the State of Arizona, to be true and correct.

X. /s/ EBONE LEROY EAST

East, Ebone LeRoy

DATED: Dec. 17th, 2021

EXECUTED IN PHOENIX, AZ. COUNTY  MARICOPA.

EBONE LEROY EAST
875 s. Estrella Parkway #6472
Goodyear,  AZ.  85338
In pro se
eboneeast@gmail.com
https://www.eboneeast.com

12/24/2021

COPY

NAME: EUGENE LESLEY EAST
ADDRESS: 875 S. ESTRELLA PARKWAY #6472
CITY & STATE: GOODYEAR, AZ. 85338
ZIP: 85338
PHONE: (602) 692-5971

MAR 1 2022



CLERK OF THE SUPERIOR COURT
L. FARR
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

EUGENE LESLEY EAST

                    PLAINTIFF,

        vs.

PNC BANK NATIONAL
ASSOCIATION

                    DEFENDANT.

CV2022-002482

CASE NO.: _____

TITLE: PLAINTIFF(S)

UNITED STATES Attorney

District of Arizona

Public Inquiry

**United States Attorney**

District of Arizona
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408

## PUBLIC INQUIRY

PLEASE NOTE: *If you are seeking an investigation or law suit, please contact the appropriate investigative agency from the table linked here.* The U.S. Attorney's Office prosecutes violations of federal law that are investigated and referred to the U.S. Attorney's Office by various federal, tribal, state, and local investigative law enforcement agencies. Requests by members of the public for an investigation must be presented to the appropriate investigative law enforcement agency, which agency may then refer the matter to the U.S. Attorney's Office for consideration of charges.

**The U.S. Attorney's Office also represents officers and agencies of the federal government in civil law suits.** If you are involved in a federal civil law suit involving the United States, please contact your attorney or the assigned Assistant United States Attorney, if appropriate.

**Once you complete the form, email, or mail it to the appropriate address above.**

Date Submitted:

Your Name: EBONE LEROY EAST

Address: 875 S. ESTRELLA Parkway Goodyear, AZ. 85338

Telephone Number

Home: (602) 692 - 5971

Mobile: (909) 312 - 2455

If you were referred to the U.S. Attorney's Office, who or what entity referred you?

JUSTICE FOR THE POOR

Is this the first time you have submitted this inquiry to the U.S. Attorney's Office? Yes/No

If you have submitted this inquiry to other government agencies please list them: THE SUPERIOR COURT OF THE STATE OF ARIZONA, COUNTY OF MARICOPA SEE CASE NO: CV2021-014595

Judge: Timothy Thomason

If you are represented by an attorney regarding this matter, please provide your attorney's contact information:

Attorney Name: IN Per Se

Attorney Address: 875 S. ESTRELLA Parkway #6472 Goodyear, AZ. 85338 https://www.eboneeast.com/Justice-for-the-Poor #

Attorney Telephone: (602) 692 - 5971

If there is, or was, a court action regarding your inquiry, please provide the name and location of the court and the court case number: EAST VS. FIX IT AUTO REPAIR, INC. CASE NO. CV2021-014595 IN THE SUPERIOR COURT OF THE STATE OF ARIZONA, IN AND FOR THE COUNTY OF MARICOPA.

State the details of your inquiry below. Please do not submit requests for investigations or the filing of a criminal or civil law suit. If you plan to attach relevant documents with this inquiry, **please do not attach originals.**

1). I, HEREBY, SUBMIT REQUESTS FOR INVESTIGATIONS ATTACHED ARE MY RELEVANT DOCUMENTS WITH THIS INQUIRY CAN BE RELIED UPON TO MAKE OUT A PRIMA FACIE CASE, SUBMITTED ARE MY AFFIDAVIT AND DECLARATION, DECLARED UNDER PENALTY AND PERJURY OF LAW.

1

Public Inquiry Continued:

2). AFFIDAVIT OF EBONE LEROY EAST AGAINST PNC BANK
NATIONAL ASSOCIATION, FOR VIOLATIONS OF ITS OWN
POLICY BY MISREPRESENTATION OF A MATERIAL FACT,
THE DEFENDANT(S) ARE GUILTY OF MISCONDUCT AND OPERATING
UNDER UNETHICAL PRACTICES, THAT DEAL WITH MONEY
LAUNDERING ILLEGAL IMMIGRANTS MONEY AND BEING DISCRI-
INATORY AGAINST AFRICAN AMERICAN CUSTOMERS, WHO ARE
PROTECTED UNDER THE LAW. U.C.C.A. CONST. AMEND. 14.
EQUAL PROTECTION, LIBERTY INTREST.

3). I, EBONE LEROY EAST, DECLARE UNDER PENALTY AND PERJURY
UNDER SUCH LAWS OF THE STATE OF ARIZON AND OF
THE UNITED STATES OF AMERICA, TO BE TRUE AND
CORRECT TO THE BEST OF MY PERSONAL KNOWLEDGE
EXECUTED IN PHOENIX, AZ. COUNTY OF MARICOA.

EBONE LEROY EAST                          EBONE LEROY EAST
875 S. ESTRELLA PARKWAY #6472             EAST, EBONE LEROY
Goodyear, Az. 85338                       12/25/2021
IN PRO SE.
eboneeast@gmail.com
www.eboneeast.com

* PLEASE SEE ATTACHMENTS OF A COMMON CONNECTION
  NEXUS, FROM PREVIOUS, AND CURRENT RELEVANT DOCUMENTS
  WITH THIS INQUIRY CAN BE RELIED UPON TO MAKE OUT
  A Prima Facie Case, FOR PAST AND CURRENT RETALIATION
  AND VIOLATIONS OF Constitutional Rights.

COPY

NAME: EBONE LEROY EAST
ADDRESS: 878 S. ESTRELLA Parkway #2472
CITY & STATE: GOODYEAR, AZ. 85 338
ZIP: 85338
PHONE: (602) 692-5971

MAR 1 2022

CLERK OF THE SUPERIOR COURT
L. FARR
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| EBONE LEROY EAST | CASE NO.: CV 2022-002482 |
| | TITLE: NON WARRANTLESS |
| PLAINTIFF, | ARREST FOR U.S. CITIZEN |
| VS. | ENFORCEMENT |
| PNC BANK NATIONAL ASSOCIATION | (ARIZONA) |
| DEFENDANT. | |

Form #207 LRD 2/15/01 ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

<u>Non Warrantless Arrest for U.S. Citizen Enforcement .</u>

BY JUSTICE FOR THE POOR

I hereby move the local BRANCHES and tribunals FEDERAL GOVERNMENTS  and STATES TO ENFORCE THE LAW OF THE UNITED STATES CONSTITUTION and hereby,  Declare those enemies to the UNITED STATES CONSTITUTION for not uphold laws taken by the OATH of THE UNITED STATES OF AMERICA .

by natural rights Pursuant to Equal protection of such laws I hereby Direct you to Arrest each Defendant or Defendants Pursuant to my initial Disclosure Statement:

1.  a private person is justified in using non-deadly force upon another if they reasonably believe that: (1) such other person is committing a felony, or a misdemeanor amounting to a breach of the peace; and (2) the force used is necessary to prevent further commission of the offense and to apprehend the Defendant or Defendant's;

2.  A citizen's arrest can be carried out if the circumstances are appropriate - such as a person causing damage to property or trying to flee before police arrive. The law states a citizen's arrest can be carried out to the prevent the person: Causing physical injury to himself or any other person;

3.  In tort law, a citizen's arrest is something that any person can do without being held civilly liable for interfering with another person's interests when that interference would otherwise constitute assault, battery, and false imprisonment;

4.  The law requires that when making a citizen's arrest, the arrested individual must be delivered to a police officer without delay;

5.  In the United States, a private person may arrest another without a warrant for a crime occurring in their presence. However, the crimes for which this is permitted vary by state;

6.  When an offense has just been committed and he has probable cause to believe based on personal knowledge of facts or circumstances that the person to be arrested has committed it. … This is also known as a hot pursuit arrest;

7.  Any private person may arrest or cause to be arrested any person who in his presence commits a non-bailable and cognizable offence, or any proclaimed offender, and, without unnecessary delay, shall make over or cause to be made over any person so arrested to a police officer, or, in the absence of a police officer;

8.  Everyone who is required or authorized by law to do anything in the administration or enforcement of the law… if he acts on reasonable grounds, justified in doing what he required or authorized to do and in using as much force as is necessary for that purpose;

9.  An arrest may be made in two ways: 1) if a law enforcement officer arrives at the scene of the crime and determines that there is probable cause for an arrest, the officer can take a person into custody immediately, or 2) the officer may make an arrest pursuant to an arrest warrant;

10. "every one," it covers both an arrest by a citizen and an arrest by a peace officer;

11. A private citizen is someone who does not have an official or professional role in a given situation. ... For example, a legislator is an official when voting in the legislature, but a private citizen when paying taxes or when undertaking a citizen's arrest in a public place;

12. Arrest without warrant: other persons (1) A person other than a constable may arrest without a warrant— (a) anyone who is in the act of committing an indictable offence; (b) anyone whom he has reasonable grounds for suspecting to be committing an indictable offence. ... These offences can be the subject of an arrest;

13. To be valid, first, there must be probable cause; second, the crime has just been committed, and third, that the person making the warrantless arrest has personal knowledge of facts or circumstances that the person to be arrested has committed it;

14. Any arrest involves these 4 elements:
15. Intent to arrest: It is the key element of arrest. ...
16. Authority to arrest: ...
17. Seizure or Subjection to arrest: ...
18. The understanding:
19. the Fourteenth Amendment to the United States Constitution as the act that converted "sovereign citizens" into "federal citizens" by their agreement to a contract to accept benefits from the federal government;
20. Right to free movement means no license required,  especially to move around to enforce the law and rules governed by each state and Pursuant to The United States Constitution.
21. Defendant or Defendants to Arrest:

PNC BANK NATIONAL ASSOCIATION, IN THEIR OFFICIAL CAPACITY

This complaint and affidavit set forth sufficient grounds therefor. Plaintiff has verified by the oath of the plaintiff that he has read the complaint, or heard the complaint read, knows the contents thereof, and that it is true of his own knowledge, except the matters stated therein on information and belief, and that as to those matters, he believes the complaint to be true;

I, EBONE LEROY EAST,  Declare under penalty and perjury, under such laws of the State of Arizona,  and THE UNITED STATES OF AMERICA to be true and correct.

X. /s/ EBONE LEROY EAST

East, Ebone LeRoy

VOTER IDENTIFICATION CARD
Adrian Fontes
Maricopa County Recorder

Issue Date: 7/10/2020        ID: 5311117

DOR: 7/8/2020

EBONE LEROY EAST
15058 W GRANT ST
GOODYEAR AZ 85338

PRC: WILDFLOWER
CD: GO    CCN: 8    LEG: 4    SUP: 4    JP: 1
ELEM SCHOOL DIST: 44    HIGH SCHOOL DIST: 216

POLITICAL PARTY
DEM

DATED: *Feb. 28, 2022*

EXECUTED IN PHOENIX, AZ. COUNTY MARICOPA



EBONE LEROY EAST
875 S ESTRELLA PKWY # 6472
GOODYEAR AZ 85338

_Count 1_

Dear, Defendant(s): Defendant(s) are Guilty,

Pursuant to Title 18 Section 1001
States, that knowingly and willfully, falsifying
or concealing a material fact is a felony
that may result in a fine or imprisonment
for not more than 5 years or both.

Dated: 02/28/22

EBONE LEROY EAST



DUTY AGENT

CRIMINAL DIVISION
SPECIAL INVESTIGATIONS SECTION
2005 N. CENTRAL AVE.
PHOENIX, AZ 85004

(602) 542-8888
FAX (602) 542-4882
www.azag.gov