IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ebone Leroy East,<br><br>   Plaintiff,<br><br>v.<br><br>PNC Bank National Association,<br><br>   Defendant. | NO. CV-22-00553-PHX-ESW<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 23, 2022, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                Debra D. Lucas
                District Court Executive/Clerk of Court

May 23, 2022

                s/ S. Hargrove
             By Deputy Clerk